No. 416. ELKTON ELECTRIC COMPANY, INC. *v.* THOMAS W. PERKINS ET AL., RECEIVERS. Error to the Court of Appeals of the State of Maryland. Motion to dismiss or affirm submitted November 17, 1924. Decided November 24, 1924. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. E. P. Keech, Jr.,* for defendants in error, in support of the motion. *Mr. Fred R. Williams* appeared for plaintiff in error. [See *post,* p. 602.]

No. 133. UNITED STATES EX REL. DOMINICK DIDATO *v.* WILLIAM C. HECHT, U. S. MARSHAL, ETC.; and

No. 134. UNITED STATES EX REL. ABE SILVERSTEIN *v.* WILLIAM C. HECHT, U. S. MARSHAL, ETC. Appeals from the District Court of the United States for the Southern District of New York. Argued November 18, 1924. Decided November 24, 1924. *Per Curiam.* Transferred to the Circuit Court of Appeals for the Second Circuit, on authority of *Craig* v. *Hecht,* 263 U. S. 255; *Rodman* v. *Pothier,* 264 U. S. 399, 402. *Mr. Michael Edelstein,* for *appellants, submitted. Mr. Assistant Attorney General Donovan,* with whom *Mr. Solicitor General Beck* and *Mr. Harry S. Ridgely* were on the briefs, for appellee.

No. 162. HERMAN A. WAGNER *v.* CITY OF MILWAUKEE ET AL. Error to the Supreme Court of the State of Wisconsin. Argued November 21, 1924. Decided November 24, 1924. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Farrel* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Leon B. Lamfrom* and *Mr. Benjamin Poss* for